**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| *versus* : | **CRIMINAL NO. 07-203-DLD** |
| : | |
| **CHIRS M. ROSSI** : | |

## ORDER

Considering the United States' Dismissal, leave of Court is granted for the filing of the dismissal of the Bill of Information in Criminal No. 07-203-DLD.

Signed in Baton Rouge, Louisiana, on January 2, 2008.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**